CO-386-online
10/03

# United States District Court
# For the District of Columbia

Blanca Zelaya )
)
)
)
            Plaintiff )
    vs )   Civil Action No._____
)
UNICCO Service Company, et al. )
)
)
            Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Blanca Zelaya  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  UNICCO Service Company  which have any outstanding securities in the hands of the public:

> UNICCO Finance Corporation; USC, Inc.; UNICCO Government Services, Inc., also known as Ogden Allied Eastern States Maintenance Corporation; UNICCO Security Services, Inc., also known as Ogden Allied Security Services, Inc.; UNICCO Facility Services Canada Company.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

938936
BAR IDENTIFICATION NO.

Lynne Bernabei
Print Name

1775 T Street NW
Address

Washington,    DC              20001
City              State          Zip Code

(202) 745-1942
Phone Number