IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLANCA ZELAYA | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 1:07-cv-02311 RCL |
| UNICCO SERVICE COMPANY, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**CERTIFICATE REQUIRED BY LOCAL CIVIL RULE 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ON BEHALF OF DEFENDANT UNICCO SERVICE COMPANY**

I, the undersigned counsel of record for UNICCO Services Company, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of UNICCO Service Company which have any outstanding securities in the hands of the public:

United Group Limited;

These representations are made in order that the judges of this court may determine the need for recusal.

Dated March 5, 2008

Respectfully submitted,

/S/
Joseph E. Schuler (DC Bar #296269)
JACKSON LEWIS LLP
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
schulerj@jacksonlewis.com
(703) 821-2189 (telephone)
(703) 821-2267 (facsimile)

*Attorneys for Defendant UNICCO Service Company*