IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLANCA ZELAYA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNICCO SERVICE COMPANY, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 1:07-cv-02311-RCL |

**PLAINTIFF'S MOTION TO EXTEND THE TIME FOR SERVICE AS TO DEFENDANTS CARLOS ALARCON AND CARLOS FERNANDEZ**

Plaintiff Blanca Zelaya, through undersigned counsel, respectfully moves the Court, pursuant to Fed. R. Civ. P. 4(m), to extend the time for service of the Complaint and Summons on Defendants Carlos Alarcon and Carlos Fernandez until on or before June 21, 2008. Plaintiff makes this request because Plaintiff has been unable to find addresses at which to serve Defendants Alarcon and Fernandez. In support of this motion, Plaintiff states:

1. On December 21, 2007, Plaintiff filed a Complaint for Declaratory and Monetary Relief in this matter against Defendants UNICCO Service Company ("UNICCO"), Carlos Alarcon, Oscar Argueta, and Carlos Fernandez for sexual harassment, sex discrimination, and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et. seq., and the District of Columbia Human Rights Act, D.C. Code § 2-1402.11 et seq, and intentional interference with prospective contract against Defendant UNICCO Service Company.

2. On January 10, 2008, Defendant UNICCO waived service of the summons pursuant to Fed. R. Civ. P. 4(d).

1

3. Thereafter, Plaintiff's counsel searched for addresses for Defendants Alarcon, Argueta and Fernandez using available internet databases. Plaintiff's counsel was unable to find addresses for these individuals.

4. On January 29, 2008, Plaintiff, through counsel, requested that Defendant UNICCO, which employs or has employed Defendants Alarcon, Argueta and Fernandez, provide addresses for those individuals. Defendant UNICCO refused to provide such addresses.

5. On or about April 2, 2008, Plaintiff's counsel requested that Capitol Process Services, Inc., attempt to serve Defendants Alarcon, Argueta and Fernandez at their last known work addresses.

6. On April 9, 2008, Plaintiff's counsel again searched available internet databases for Defendants Alarcon and Fernandez, but was unable to find addresses for these individuals.

7. On April 10, 2008, Wesley Jennings of Capitol Process Services, Inc., served Defendant Argueta at his workplace.

8. Capitol Process Services, Inc. attempted to serve Alarcon and Fernandez at their last known work addresses, but these individuals no longer work at those addresses.

9. On or about April 18, 2008, Plaintiff's counsel requested that Capitol Process Services, Inc., search for Defendants Alarcon and Fernandez in paid subscription databases. Capitol Process Services, Inc., was able to find addresses for these individuals in these databases. On April 21, 2008, Plaintiff's counsel requested that Capitol Process Services, Inc., attempt to serve Defendants Alarcon and Fernandez at these addresses.

10. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, service of process must be accomplished within one hundred and twenty (120) days of filing the complaint. The one hundred and twentieth (120th) day in this case, April 19, 2008, is a Saturday. Rule 6(a)(3)

excludes Saturdays and Sundays, so the period runs until the end of the next day that is not a Saturday or Sunday. In this case, service is therefore due on or before April 21, 2008.

11. Rule 4(m), however, further states that: "if plaintiff shows good cause for the failure [to effect service], the court must extend the time for service for an appropriate period." "Good cause means a valid reason for delay..." Coleman v. Milwaukee Bd. of School Directors, 290 F.3d 932, 934 (7th Cir. 2002), citing Geiger v. Allen, 850 F.2d 330, 333 (7th Cir.1988); Petrucelli v. Bohringer & Ratzinger, GMBH, 46 F.3d 1298, 1305-06 (3d Cir.1995); Friedman v. Estate of Presser, 929 F.2d 1151, 1157 (6th Cir.1991); see also Johnson v. Ashcroft, 2005 WL 2073752, *3 (D.D.C. Aug 17, 2005). Where a plaintiff demonstrates good cause, "an extension is mandatory." Coleman, 290 F.3d at 934.

12. Plaintiff has "good cause" for her inability to serve Defendants Alarcon and Fernandez, because she has been unable to find addresses for these individuals.

13. Plaintiff anticipates that she will be able to obtain addresses for Defendants Alarcon and Fernandez by requesting them from Defendant UNICCO during discovery in this case.

14. Plaintiff's counsel contacted counsel for Defendant UNICCO today, April 21, 2008, but counsel for Defendant UNICCO has not yet responded.

WHEREFORE, Plaintiff respectfully requests that this Court extend the time by which Plaintiff may serve process on Defendants Alarcon and Fernandez until June 21, 2008 pursuant to Fed. R. Civ. P. 4(m).

                    Respectfully submitted,

                    _____/s/_____

                    Lynne Bernabei  # 938936
                    David Wachtel  # 427890
                    Emily Read  # 492773
                    Bernabei & Wachtel, PLLC
                    1775 T Street, N.W.
                    Washington, D.C. 20009
                    (202) 745-1942

                    Attorneys for Blanca Zelaya

DATED: April 21, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLANCA ZELAYA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-02311-RCL |
| ) | |
| UNICCO SERVICE COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Plaintiff's Motion to Extend the Time for Service as to Defendants Carlos Alarcon and Carlos Fernandez, it is this _____ day of _____, 2008,

**ORDERED** that Plaintiff's Motion shall be, and hereby is, **GRANTED**, and

Further **ORDERED** that the time in which Plaintiff must serve Defendants Carlos Alarcon and Carlos Fernandez shall be, and hereby is, extended up to and including June 21, 2008.

_____
Judge Royce C. Lamberth

Copies to:

Lynne Bernabei, Esquire
David Wachtel, Esquire
Emily Brittain Read, Esquire
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009-7124

*Counsel for Plaintiff Blanca Zelaya*

Joseph E. Schuler, Esquire
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182

    *Counsel for Defendant UNICCO Service Company*