**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLANCA ZELAYA, <br><br>       Plaintiff <br><br> v. <br><br> UNICCO SERVICE COMPANY <br><br> CARLOS ALARCON <br><br> OSCAR ARGUETA <br><br> CARLOS FERNANDEZ <br><br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Civil Action No. 1:07-cv-02311-RCL <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PLAINTIFF'S PROOF OF SERVICE OF PROCESS
ON DEFENDANT OSCAR ARGUETA**

Plaintiff Blanca Zelaya, through undersigned counsel, and pursuant to Rule 4(i)(1), Fed. R. Civ. P., hereby certifies that, on April 10, 2008, one copy of the Summons and Complaint for Declaratory and Monetary Relief and Jury Demand was served by personal service on defendant Oscar Argueta.  See Summons, attached hereto as Exhibit A, and Affidavit of Service, attached hereto as Exhibit B.

                                                                     Respectfully submitted,

                                                                     ____/s/_____
                                                                     Lynne Bernabei  # 938936
                                                                     David Wachtel  # 427890
                                                                     Emily Read  # 492773
                                                                     Bernabei & Wachtel, PLLC
                                                                     1775 T Street, N.W.
                                                                     Washington, D.C. 20009
                                                                     (202) 745-1942

                                                                     Attorneys for Blanca Zelaya

DATED: April 21, 2008

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Blanca Zelaya

**SUMMONS IN A CIVIL CASE**

V.

UNICCO Service Company, et al.

Case: 1:07-cv-02311
Assigned To : Lamberth, Royce C.
Assign. Date : 12/21/2007
Description: Employ Discrim.

TO: (Name and address of Defendant)

Oscar Argueta
C/o Vanessa A. Eustace, Esq., Associate Counsel
UNICCO Service Company
275 Grove Street, Suite 3-200
Auburndale, MA 02466-2239

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne Bernabei, Esq.
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              DEC 21 2007

CLERK                                                DATE

(By) DEPUTY CLERK

United States District Court for the District of Columbia

| | |
|---|---|
| Blanca Zelaya | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff | ) |
| | ) Case No.: 1:07-cv-02311 |
| | ) |
| v. | ) |
| UNICCO Service Company | ) |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before United State Magistrate Judge, Complaint for Declaratory and Monetary Relief and Jury Demand and Initial Electronic Case Fiing Order on Oscar Argueta in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on April 09, 2008 at 3:10 PM, I served the within Summons, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before United State Magistrate Judge, Complaint for Declaratory and Monetary Relief and Jury Demand and Initial Electronic Case Fiing Order on Oscar Argueta at 1825 I Street, NW, Washington, DC 20006 by serving Oscar Argueta, personally. Described herein:

Gender: Male   Race/Skin: Hispanic   Hair: Black   Approx. Age: 38   Height: 5'6"   Weight: 160

I do solemnly declare and affirm under penalty of perjury that the information set forth herein is correct to the best of my knowledge, information and belief.

*Wesley Jennings*
Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

Subscribed and sworn to before me, a notary public, on this __10th__ day of __April__, 2008.

*Angela H. Croson*
Notary Public
Angela H. Croson

My Commission Expires: 03-31-09