IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLANCA ZELAYA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNICCO SERVICE COMPANY, )<br>CARLOS ALARCON, )<br>CARLOS FERNANDES., )<br>    and )<br>OSCAR ARGUETA )<br>10909 Rhodenda Place )<br>Upper Marlboro, MD  20772 )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 1:07-cv-02311 RCL |

**CONSENT MOTION OF DEFENDANT OSCAR ARGUETA FOR
EXTENSION OF TIME TO ANSWER ORRESPOND TO THE COMPLAINT**

Defendant Oscar Argueta, by counsel, hereby moves for an extension of the time by which Defendant must answer or file any other responsive pleading or motion with respect to the Plaintiff's Complaint to May 12, 2008.  Counsel for Plaintiff has been contacted and has authorized the undersigned to represent that they consent to this request.  This motion is not interposed for delay.  The Court is respectfully requested to grant this consent request.

Dated April 28, 2008

Respectfully submitted,

    /s/_____
Joseph E. Schuler (DC Bar #296269)
JACKSON LEWIS LLP
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
 (703) 821-2189 (telephone)
(703) 821-2267 (facsimile)

*Attorneys for Defendant UNICCO Service Company and Oscar Argueta*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLANCA ZELAYA )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>UNICCO SERVICE COMPANY, *et al.*, )<br>)<br>    Defendants. )<br>_____) | Civil Action No.: 1:07-cv-02311 RCL |

## **ORDER**

This matter arose on Defendant Oscar Argueta's Consent Motion for Extension of Time to Answer or Respond to the Complaint. Having considered the motion, and finding good cause, the Court hereby GRANTS Defendant's motion, as follows:

    Defendant Oscar Argueta shall file his answer or other response to the Complaint on or before May 12, 2008.

IT IS SO ORDERED this _____ day of _____, 2008.

_____
United Stated District Judge