**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| BLANCA ZELAYA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-02311-RCL |
| | ) | |
| UNICCO SERVICE COMPANY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S PROOF OF SERVICE OF PROCESS**
**ON DEFENDANT FERNANDEZ**

Plaintiff Blanca Zelaya, through undersigned counsel, and pursuant to Rule 4(i)(1), Fed.

R. Civ. P., hereby certifies that, on April 21, 2008, one copy of the Summons and Complaint for

Declaratory and Monetary Relief and Jury Demand was served by personal service on defendant

Carlos Fernandez.  See Summons, attached hereto as Exhibit A, and Affidavit of Service,

attached hereto as Exhibit B.

Respectfully submitted,


            /s/
Lynne Bernabei  # 938936
David Wachtel  # 427890
Emily Read  # 492773
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009
(202) 745-1942

Attorneys for Blanca Zelaya

DATED: May 2, 2008

1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Blanca Zelaya

**SUMMONS IN A CIVIL CASE**

V.

UNICCO Service Company, et al.

Case: 1:07-cv-02311
Assigned To : Lamberth, Royce C.
Assign. Date : 12/21/2007
Description: Employ Discrim.

TO: (Name and address of Defendant)

Carlos Fernandez
C/o Vanessa A. Eustace, Associate Counsel
UNICCO Service Company
275 Grove Street, Suite 3-200
Auburndale, MA 02466-2239

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne Bernabei, Esq.
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

DEC 21 2007

CLERK

(By) DEPUTY CLERK

DATE

EXHIBIT B

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Blanca Zelaya                       )
                                    )

**Plaintiff**       )
                                    ) Case No.: 1:07-cv-02311

v.                   )

Unicco Service Company       )
                                    )

**Defendant(s)**     )

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Frederick Parsons, Jr., having been duly authorized to make service of the Summons, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint for Declaratory and Monetary Relief and Jury Demand and Initial Electronic Case Filing Order on Carlos Fernandez in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on April 21, 2008 at 2:45 PM, I served the within Summons, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint for Declaratory and Monetary Relief and Jury Demand and Initial Electronic Case Filing Order on Carlos Fernandez at 4401 East West Highway, Bethesda, Maryland 20814 by serving Carlos Fernandez, personally. Described herein:

Gender: Male    Race/Skin: White    Hair: Black    Age: 38    Height: 5'10"    Weight: 240

Executed on: 4/24/08

Frederick Parsons, Jr.
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-000136                            Client Reference: N/A