**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BLANCA ZELAYA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-02311-RCL |
| ) | |
| UNICCO SERVICE COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S PROOF OF SERVICE OF PROCESS**
**ON DEFENDANT ALARCON**

Plaintiff Blanca Zelaya, through undersigned counsel, and pursuant to Rule 4(i)(1), Fed. R. Civ. P., hereby certifies that, on June 9, 2008, one copy of the Summons and Complaint for Declaratory and Monetary Relief and Jury Demand was served by personal service on defendant Carlos Alarcon.  See Summons and Affidavit of Service, attached hereto as Exhibit A.

Respectfully submitted,

/s/
Lynne Bernabei  # 938936
David Wachtel  # 427890
Emily Read  # 492773
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009
(202) 745-1942

Attorneys for Blanca Zelaya

DATED: June 23, 2008

1

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Blanca Zelaya,
Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

UNICCO Service Company, et al.,
Defendants.

CASE NUMBER: 1:07-cv-02311-RCL

TO: (Name and address of Defendant)

Carlos Alarcon
UNICCO Service Company
4100 Fairfax Drive, Unit 750
Arlington, VA  2203

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lynne Bernabei, Esq.
Bernabei & Wachtel, PLLC
1775 T Street, N.W.
Washington, D.C. 20009

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                     6/4/2008

CLERK                                               DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Blanca Zelaya | ) |
| | ) |
| **Plaintiff** | ) Case No.: 1:07-cv-02311-RCL |
| v. | ) |
| UNICCO Service Company, et al. | ) |
| **Defendant(s)** | ) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Thomas Parks, having been duly authorized to make service of the Summons and Complaint for Declaratory and Monetary Relief and Jury Demand on Carlos Alarcon in the above entitled case, hereby depose and say:

That I am over the age of eighteen and not a party to or otherwise interested in this suit.

That I am a private process server and my place of business is 1827 18th Street, NW, Washington, DC 20009-5526 (202) 667-0050.

That on June 09, 2008 at 2:05 PM, I served the within Summons and Complaint for Declaratory and Monetary Relief and Jury Demand on Carlos Alarcon at UNICCO Service Company, 4100 North Fairfax Drive, Unit 750, Arlington, Virginia 22203 by serving Carlos Alarcon, personally. Described herein:

Gender: Male   Race/Skin: Hispanic   Hair: Black   Age: 43   Height: 5'7"   Weight: 140

6-13-08
Executed on:

Thomas Parks
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050