IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLANCA ZELAYA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-02311-RCL |
| ) | |
| UNICCO SERVICE COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE
PLAINTIFF'S OPPOSITION TO DEFENDANT CARLOS ALARCON'S
<u>MOTION TO DISMISS COMPLAINT</u>**

Pursuant to Rule 6(b)(1), Fed. R. Civ. P., plaintiff Blanca Zelaya, through undersigned counsel, respectfully seeks a first enlargement of time within which to file her Opposition to Defendant Carlos Alarcon's Motion to Dismiss Complaint.

Defendant filed his motion to dismiss on June 26, 2008. The deadline for plaintiff's opposition is July 10, 2008. Plaintiff's counsel has been diligently working on plaintiff's opposition, but given the large number of briefing deadlines in other matters, plaintiff's counsel respectfully requests an extension of time from Thursday, July 10, 2008, to Thursday, July 17, 2008.

Defendant's counsel consented to the extension from July 10, 2008 to July 17, 2008, on Monday, July 7, 2008.

2

                Respectfully submitted,


                _____/s/_____
                Lynne Bernabei  # 938936
                Emily Read  # 492773
                Bernabei & Wachtel, PLLC
                1775 T Street, N.W.
                Washington, D.C. 20009
                (202) 745-1942

                Attorneys for Blanca Zelaya

DATED: July 7, 2008